UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN FRANK #189005,

    Plaintiff,

v

MICHELLE FLOYD,

    Defendant.

NO. 2:23-cv-10261

HON. BRANDY R. MCMILION

MAGISTRATE JUDGE
ANTHONY P. PATTI

---

| | |
|---|---|
| Kevin Frank #189005<br>*In Pro Per*<br>Cooper Street Correctional Facility<br>3100 Cooper Street<br>Jackson, MI  49201 | Christopher Alex (P87345)<br>Assistant Attorney General<br>Attorney for MDOC Def. Floyd<br>Michigan Dept. of Attorney General<br>Corrections Division<br>P.O. Box 30217<br>Lansing, MI  48909<br>(517) 335-3055<br>alexc@michigan.gov |

/

# ORDER GRANTING LEAVE TO DEPOSE PLAINTIFF (ECF No. 31)

IT IS HEREBY ORDERED that counsel of record for MDOC Defendant Michelle Floyd in the above cause of action, is granted leave to depose Plaintiff Kevin Frank on or around August 28, 2024, provided the deposition is otherwise conducted in accordance with the April 18, 2024, Case Management Order.

Dated: August 2, 2024

                                            HON. ANTHONY P. PATTI

2

U.S. Magistrate Judge